JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT,<br><br>Respondent. | No. 5:20-cv-01222-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: July 15, 2020

_____
R. GARY KLAUSNER
United States District Judge